

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROGERIO ESTRADA, JR. and MARIA ESTRADA D/B/A QUIK AUTO SERVICE and QUICK AUTO SALES, | § | No. 08-24-00048-CV |
| | § | Appeal from the |
| Appellants, | | |
| v. | § | 381st Judicial District Court |
| JULIE LARA, MARIA ANTONIA ESTRADA, and EDIO ESTRADA, | § | of Starr County, Texas |
| | § | (TC# DC-13-849-A) |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part, reversed in part, and remanded. We affirm the trial court's December 12, 2023 Modified Judgment as to Maria Estrada, reverse as to Rogelio, Jr., and direct the trial court to modify the judgment consistent with this Court's opinion. We remand the cause to the trial court for further proceedings consistent with this opinion.

We further order that Appellants and Appellees each, respectively, pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF NOVEMBER 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.